THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RALPH G. O'MARAH, Appellant.

Submitted March 16, 1942; decided March 19, 1942.

*Carl J. Hynes, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.